# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2014

## NO. 03-14-00201-CR

**Christopher Sterling Sims, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE FIELD

This is an appeal from the order denying appellant's motion for post-conviction forensic DNA testing entered by the trial court. The Court's opinion and judgment dated June 12, 2014 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.